FILED BY ___ D.C.

05 SEP 22 PM 3: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IVER SCHMIDT and SHARON A. SCHMIDT )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JEANETTE MARTIN, d/b/a Martin Construction, )<br>ROY WAYNE MARTIN, JR., a/k/a Wayne Martin, )<br>d/b/a Martin Construction, MONETTE McCALL )<br>FINLEY, WHISPERING SPUR LOG HOMES, )<br>PAIGE MONETTE WRIGHT, DAVID EUDY, )<br>WINSTON CULLUM, BARBARA McCALL, )<br>McCALL TRUST, BARRY CRUTCHFIELD, )<br>MICKI FARRINGTON and JOHN DOE I, II, III )<br>and IV )<br>)<br>Defendants. ) | No.: 04-2630DV<br>JURY DEMANDED |

PARTIES ~~PROPOSED~~ RULE 16(b) MODIFIED SCHEDULING ORDER

Pursuant to written notice the parties have submitted the following dates modifying the 16(b) Scheduling Order previously entered in this matter:

COMPLETING ALL DISCOVERY: February 15, 2006

(a) REQUEST FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS: February 15, 2006

(b) EXPERT WITNESS DISCLOSURE: (Rule 26)(a)(2)):

    (i) Plaintiff's Experts: January 9, 2006

    (ii) Defendants' Expert: January, 23, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

22

|  |  |
|---|---|
| (iii) Plaintiff's Rebuttal Expert | February 7, 2006 |
| (iv) Depositions of Experts: | March 10, 2006 |
| FILING DISPOSITIVE MOTIONS: | March 16, 2006 |

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 5 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

**IT IS SO ORDERED this   22nd   day of September, 2005.**

DIANE K. VESCOVO,
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02630 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Roy Wayne Martin
350 Hwy 305 S
Olive Branch, MS 38654

Jeanette Martin
350 Hwy 305 S
Olive Branch, MS 38654

Barry Crutchfield
Templeman and Crutchfield
113 E. Washington
Lovington, NM 88260

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Jeffrey D. Germany
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT