**ORIGINAL**

FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE   05 DEC 21   AM 9: 29
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| IVER SCHMIDT and SHARON A. SCHMIDT ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JEANETTE MARTIN, d/b/a Martin Construction, ) <br> ROY WAYNE MARTIN, JR., a/k/a Wayne Martin, ) <br> d/b/a Martin Construction, MONETTE McCALL ) <br> FINLEY, WHISPERING SPUR LOG HOMES, ) <br> PAIGE MONETTE WRIGHT, DAVID EUDY, ) <br> WINSTON CULLUM, BARBARA McCALL, ) <br> McCALL TRUST, BARRY CRUTCHFIELD, ) <br> MICKI FARRINGTON and JOHN DOE I, II, III ) <br> and IV ) <br> ) <br> Defendants. ) | No.:2:04CV2630-DV <br> JURY DEMANDED |

### ORDER GRANTING PLAINTIFFS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BARRY CRUTCHFIELD'S MOTION FOR SUMMARY JUDGMENT

It appearing to the court that counsel for plaintiffs has filed his Second Unopposed Motion for Extension of Time to Respond to the Motion for Summary Judgment and Dismissal for Lack of Jurisdiction filed by Defendant Barry Crutchfield, Pro Se, and his Certification stating that Defendant Crutchfield has no objection to said Motion and, accordingly, the court finds that said motion is well taken and should be granted.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/22/05



IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiffs shall have until December 30, 2005 to respond to Defendant Crutchfield's Motion for Summary Judgment and Dismissal for Lack of Jurisdiction.

_____
BERNICE DONALD, JUDGE

ENTER: 12-21-2005

APPROVED FOR ENTRY:

WEINMAN & ASSOCIATES

_____
Michael L. Weinman, #015074
114 S. Liberty Street
P.O. Box 266
Jackson, TN 38302-0266
731-423-5565
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Michael L. Weinman, attorney for Plaintiffs, do hereby certify that I mailed a true and complete copy of the foregoing document by depositing same in the United States Mail, postage prepaid addresssed to:

Barry Crutchfield, Esq.
TEMPLETON and CRUTCHFIELD
113 E. Washington
Lovington, New Mexico 88260

Mr. Jeffrey D. Germany, Esq.
Morton & Germany
200 Jefferson Ave. - Suite 725
Memphis, TN 38103

This the 13th day of Dec, 2005.

_____
Michael L. Weinman

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-02630 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Jeffrey D. Germany
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Barry Crutchfield
Templeman and Crutchfield
113 E. Washington
Lovington, NM 88260

Roy Wayne Martin
350 Hwy 305 S
Olive Branch, MS 38654

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Jeanette Martin
350 Hwy 305 S
Olive Branch, MS 38654

Honorable Bernice Donald
US DISTRICT COURT